STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. DONALD SPENCE, *ET ALS.*, DEFENDANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 36 *N. J. Super.* 314.

*Messrs. Van Riper & Belmont* for the petitioner Donald Spence.

*Mr. Milton T. Lasher* for the petitioners Herman R. Zinn and Mittermeyer Nursery Corporation.

*Mr. Frederick T. Law* and *Mr. Frank J. V. Gimino* for the respondent.

October 31, 1955.

MORRIS GERBER, *ET AL.*, APPELLANTS-PETITIONERS, v. BOARD OF REVIEW, *ET AL.*, RESPONDENTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 36 *N. J. Super.* 322.

*Messrs. Rothbard, Harris & Oxfeld* and *Mr. Abraham L. Friedman* for the petitioners.

*Mr. Maurice Schapira* and *Mr. George J. Miller* for the respondents.